## Nathan Turetzke, Appellee, v. Frank Meyer et al., Appellants.

### Gen. No. 23,958.   (Not to be reported in full.)

Interlocutory appeal from the Circuit Court of Cook county; the Hon. ROBERT E. CROWE, Judge, presiding. Heard in the Branch Appellate Court. Reversed and remanded with directions. Opinion filed March 12, 1918.

### Statement of the Case.

Bill by Nathan Turetzke, complainant, against Frank Meyer, Louis Sweeney and Fred Norton, defendants, for an injunction to compel defendants to turn on the water in premises owned by complainant. From a decree for complainant, defendants appeal.

F. J. GRIFFEN and NORTHUP, FAIRBANK & KLEIN, for appellants.

CORNELIUS R. ADAMS, for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

1. INJUNCTION, § 174*—*when village is necessary party to bill against officers to compel turning on of water.* On a bill for an injunction against certain persons, made defendants as individuals but described as officers of a village, to compel them to turn on in complainant's premises water supplied by the village which it is alleged that they, as such officers, had arbitrarily shut off from the premises, the village is a necessary party defendant.

2. INJUNCTION, § 191*—*when bill to compel village officers to turn on water is insufficient.* Bill of complaint for injunction to compel village officers to turn on village water in complainant's premises, *held* not to aver facts warranting the interposition of a court of equity.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.